UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

___

In re: Sandra Graves            Chapter 13
                                                 Case No.: 15-22368

Debtor(s).

___

## NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEBTOR

___

Attorney Steven P. Cotter has filed papers with the court requesting an order allowing him to withdraw as attorney of record for Sandra Graves in the above case.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the requested relief, or if you want the Court to consider your views on the motion, then you or your attorney must file an objection in writing within 14 days of this notice. Any such writing or request must be filed with the court at the following address:

                 Clerk of Bankruptcy Court
                 517 E. Wisconsin Avenue, Room 126
                 Milwaukee, WI 53202-4581

Drafted by:
Attorney Steven P. Cotter
Law Office of Steven P. Cotter
P.O. Box 510706
New Berlin, WI 53151−0706
Phone: (262) 309-4616; Fax: (262) 565-2445
cotter@spc-law.com

1

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Attorney Steven P. Cotter
> Law Office of Steven P. Cotter
> P.O. Box 510706
> New Berlin, WI 53151−0706

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought and may enter an order granting the requested relief.

Dated this  15th  day of December, 2015.

> Law Office of Steven P. Cotter
> /s/ Steven P. Cotter
> Atty. Steven P. Cotter
> State Bar No. 1068476
> P.O. Box 510706
> New Berlin, WI 53151−0706
> Phone: (262) 309-4616
> Fax: (262) 565-2445
> cotter@spc-law.com

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
___

In re:   Sandra Graves                                  Chapter 13
                                                        Case No.:   15-22368

         Debtor(s).
___

## MOTION TO WITHDRAW AS ATTORNEY
## OF RECORD FOR DEBTOR
___

The undersigned, Attorney Steven P. Cotter, attorney for the debtor, moves for an order allowing him to withdraw as attorney of record for the debtor, Sandra Graves, in this case. The movant certifies that he has accepted an offer of employment that requires him to close his law practice by the end of this month. Specifically, counsel's accepted offer of employment requires him to begin working full time on January 4, 2016.

                                         RESPECTFULLY SUBMITTED


Dated:  December 15, 2015        By: /s/ Steven P. Cotter
                                         Steven P. Cotter
                                         State Bar No. 1068476
                                         movant

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

---

In re:   Sandra Graves                                      Chapter 13
                                                            Case No.:   15-22368

       Debtor(s).

---

## CERTIFICATE OF SERVICE

---

The undersigned, counsel for Sandra Graves, hereby declares, under penalty of perjury, that on December 15, 2015, he served the following:

1. NOTICE OF MOTION TO MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEBTOR; and

2. MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEBTOR;

by mailing copies thereof by first-class United States mail, postage prepaid, to the following:

Sandra Graves
8945 Park Plaza Court, Apt. 209
Brown Deer, WI  53223

Sandra Graves
9926 W Sarasota Pl
Milwaukee, WI 53222

Dated at Milwaukee, Wisconsin, this 15th day of December, 2015.

                                            By /s/ Steven P. Cotter
                                            Steven P. Cotter
                                            State Bar No. 1068476

Drafted by:
Attorney Steven P. Cotter
Law Office of Steven P. Cotter
PO Box 510706
New Berlin, WI 53151-0706
Phone: (262) 309-4616
Fax: (262) 565-2445
cotter@spc-law.com

4